NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ARCTIC CAT INC.,**
*Appellant*

**v.**

**POLARIS INDUSTRIES, INC.,**
*Appellee*

_____

2018-1996

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01917.

_____

## JUDGMENT

_____

JASON STEWART JACKSON, Kutak Rock LLP, Omaha, NE, argued for appellant. Also represented by SARA WEILERT GILLETTE, Kansas City, MO; NIALL ANDREW MACLEOD, Minneapolis, MN.

CYRUS ALCORN MORTON, Robins Kaplan LLP, Minneapolis, MN, argued for appellee. Also represented by ANDREW DOUGLAS HEDDEN, BRENDA L. JOLY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 15, 2019      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court